311 So.2d 804 (1975)
Ray SANDSTROM, Appellant,
v.
STATE of Florida, Appellee.
No. 74-1153.
District Court of Appeal of Florida, Third District.
April 8, 1975.
Rehearing Denied May 13, 1975.
Sandstrom & Hodge, Ft. Lauderdale, for appellant.
Robert L. Shevin, Atty. Gen., and William L. Rogers, Asst. Atty. Gen., for appellee.
Before PEARSON and NATHAN, JJ., and CHARLES CARROLL (Ret.), Associate Judge.
PER CURIAM.
Affirmed. See Sandstrom v. State, Fla. App. 1975, 309 So.2d 17.